FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 1 4 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL WILLING, an individual,<br><br>PLAINTIFF,<br>v.<br><br>FATHER MICHAEL TRELEAVEN, in his professional and individual capacities; and OREGON PROVINCE OF THE SOCIETY OF JESUS, an Oregon corporation,<br><br>DEFENDANTS. | Case No. CV 05-142-AAM |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that all claims filed against Defendants, Fr. Michael Treleaven and the Oregon Province of the Society of Jesus, in the above-captioned action are hereby dismissed with prejudice.

GATTI, GATTI, MAIER, KRUEGER, SAYER & ASSOC.

By: _____
Daniel J. Gatti

1781 Liberty St. S.E.
Salem, Oregon 97302

MORRISON & ASSOCIATES

By: _____
Ronald G. Morrison

1717 S. Rustle, Suite 212
Spokane, WA 99224

1

DUANE RAMUSSEN

By: _____
Duane Rasmussen

P.O. Box 730
Liberty Lake, Washington 99019

Attorneys for Plaintiffs


By: _____
Michael Willing

SCHWABE, WILLIAMSON & WYATT

By: _____
Thomas V. Dulcich

Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204

Attorneys for Defendants


SO ORDERED:

_____
U.S.D.J.
ALAN A. McDONALD

Dated: November 14, 2005

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

MICHAEL WILLING, an individual, )
) Case No. CV 05-142-AAM
PLAINTIFF, )
v. )
)
FATHER MICHAEL TRELEAVEN, )
in his professional and individual )
capacities; and OREGON PROVINCE )
OF THE SOCIETY OF JESUS, an )
Oregon corporation, )
)
DEFENDANTS. )
)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that all claims filed against Defendants, Fr. Michael Treleaven and the Oregon Province of the Society of Jesus, in the above-captioned action are hereby dismissed with prejudice.

GATTI, GATTI, MAIER, KRUEGER, SAYER & ASSOC.

By: _____
Daniel J. Gatti

1781 Liberty St. S.E.
Salem, Oregon 97302

MORRISON & ASSOCIATES

By: _____
Ronald G. Morrison

1717 S. Rustle, Suite 212
Spokane, WA 99224

1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL WILLING, an individual, | ) |
| PLAINTIFF, | ) Case No. CV 05-142-AAM |
| v. | ) |
| FATHER MICHAEL TRELEAVEN, in his professional and individual capacities; and OREGON PROVINCE OF THE SOCIETY OF JESUS, an Oregon corporation, | ) |
| DEFENDANTS. | ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that all claims filed against Defendants, Fr. Michael Treleaven and the Oregon Province of the Society of Jesus, in the above-captioned action are hereby dismissed with prejudice.

GATTI, GATTI, MAIER, KRUEGER, SAYER & ASSOC.

By: _____
Daniel J. Gatti
781 Liberty St. S.E.
Salem, Oregon 97302

MORRISON & ASSOCIATES

By: _____
Ronald G. Morrison
1717 S. Rustle, Suite 212
Spokane, WA 99224

1

DUANE RAMUSSEN

By: _____
    Duane Rasmussen

P.O. Box 730
Liberty Lake, Washington 99019

Attorneys for Plaintiffs

By: _____
    Michael Wiling

SO ORDERED:

_____
U.S.D.J.

SCHWABE, WILLIAMSON & WYATT

By: _____
    Thomas V. Dulcich

Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204

Attorneys for Defendants

DUANE RAMUSSEN

By: _____
    Duane Rasmussen

P.O. Box 730
Liberty Lake, Washington 99019

Attorneys for Plaintiffs

SCHWABE, WILLIAMSON & WYATT

By: _____
    Thomas V. Dulcich

Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204

Attorneys for Defendants

By: _____
    Michael Willing

**SO ORDERED:**

_____
U.S.D.J.

DUANE RAMUSSEN

By: _____
    Duane Rasmussen

P.O. Box 730
Liberty Lake, Washington 99019

Attorneys for Plaintiffs

SCHWABE, WILLIAMSON & WYATT

By: _____
    Thomas V. Dulcich

Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204

Attorneys for Defendants

By: *[signature]*
    Michael Willing

**SO ORDERED:**

_____
U.S.D.J.